UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

GEORGE BOERSCHINGER,
on behalf of himself and
all others similarly situated,

        Plaintiff,                        Case No. 23-cv-1365

   v.

SELLARS ABSORBENT MATERIALS, INC.

        Defendant

## PLAINTIFF'S MOTION FOR APPROVAL OF SERVICE AWARD

COMES NOW Plaintiff, George Boerschinger, on behalf of himself and all others similarly-situated, by and through counsel, WALCHESKE & LUZI, LLC, and hereby respectfully Motions this Court for approval of Plaintiff's Service Award on the grounds set forth below.

1.      The Seventh Circuit has recognized that, in appropriate cases, class representatives may be entitled to service awards. *See Spicer v. Chi. Bd. Options Exch.*, 844 F. Supp. 1226, 1267 (N.D. Ill. 1993) (citing *In re Cont'l Ill. Sec. Litig.*, 962 F.2d 566, 571 (7th Cir. 1992)). The amount of the award can reflect the extent to which the class has benefitted from the plaintiff's efforts to protect the interests of the class and the amount of time and effort expended. *See Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998).

2.      In this case, the parties have agreed that Plaintiff will receive a Service Award, subject to Court approval, in the total amount of $5,000.00. (ECF No. 28-1, ¶ II.B.2.) The approval of Plaintiff's Service Award by this Court will not affect, in any way, the amounts paid to the Settlement Class members. (*Id.*)

3. Plaintiff's Service Award is reflective of Plaintiff's work with counsel in bringing and prosecuting this matter (including but not limited to: providing counsel with pre-suit information and documentation in order to uncover Defendant's violations of the FLSA and WWPCL; working closely with counsel in reviewing and evaluating Defendant's data and information production throughout the duration of this case; and actively participating in the parties' settlement discussions on behalf of the class and collective), the monetary success of the parties' settlement, and the extent to which the Settlement Class members have benefitted from Plaintiff's efforts to protect their legal and monetary interests.

4. Plaintiff's Service Award is fair, reasonable, and comparable vis-à-vis other service awards granted to other lead Plaintiffs in multi-Plaintiff cases under the FLSA and WWPCL in this District. *See, e.g.*, *Hall v. Autumn Lake Healthcare, LLC, et. al.*, Case No. 21-cv-1108, ECF No. 53 (E.D. Wis. December 19, 2024) (Dries, J.); *Frizzell v. J.W. Jung Seed Company,* Case No. 23-cv-1189, ECF No. 36 (E.D. Wis. December 9, 2024) (Griesbach, J.); *Blanks-Austin v. Lakeshore Manor Memory Care LLC,* Case No. 23-cv-450, ECF No. 39 (E.D. Wis. September 4, 2024) (Griesbach, J.); *Daniels v. Master Fleet LLC*, Case No. 21-cv-1395, ECF No. 52 (E.D. Wis. August 30, 2024) (Dries, J.); *Thompson v. Volunteers of America of Minnesota, et. al.*, Case No. 23-cv-75, ECF No. 49 (E.D. Wis. August 22, 2024) (Pepper, J.); *Hernandez v. Henkel US Operations Corporation*, Case No. 23-cv-192, ECF No. 29 (E.D. Wis. August 16, 2024) (Adelman, J.); *Jackson v. Bradley Corp.,* Case No. 22-cv-1185, ECF No. 40 (E.D. Wis. June 11, 2024) (Adelman, J.); *Burnett v. Koru Health, LLC,* Case No. 23-cv-105, ECF No. 39 (E.D. Wis. May 31, 2024) (Griesbach, J.); *Fritsch v. O'Brien Services Inc.*, Case No. 21-cv-1152, ECF No. 53 (E.D. Wis. May 30, 2024) (Adelman, J.); *Otero v. Electro Power, Inc.*, Case No. 23-cv-104, ECF No. 35 (E.D. Wis. March 8, 2024) (Adelman, J.); *Berglund v. Matthews Senior Housing LLC,*

*et. al.*, Case No. 21-cv-108, ECF No. 80 (E.D. Wis. February 21, 2024) (Pepper, J.); *Hoaglan v. North Oak Senior Living*, Case No. 22-cv-1414, ECF No. 27 (E.D. Wis. January 10, 2024) (Adelman, J.); *Bertzyk v. StoneRidge Wholesale Division LLC*, Case No. 21-cv-398, ECF No. 104 (E.D. Wis. Jan. 30, 2024) (Griesbach, J.); *Borden v. Encore Senior Living, LLC, et al.,* Case No. 22-cv-707, ECF No. 36 (E.D. Wis. Oct. 30, 2023) (Dries, J.); *Sharpless v. Ki Mobility LLC*, Case No. 21-cv-816, ECF No. 57 (W.D. Wis. Sept. 29, 2023) (Peterson, J.); *Schneider v. Copperleaf Management Group, Inc.*, Case No. 22-cv-1161, ECF No. 43 (E.D. Wis. June 28, 2023); *Mader v. Dental Crafters, Inc.*, Case No. 20-cv-676, ECF No. 35 (W.D. Wis. Apr. 14, 2023) (Peterson, J.); *Xsavier Rosa v. Clark Equipment Company*, Case No. 21-cv-1239, ECF No. 26 (E.D. Wis. Mar. 17, 2023); *Jordan v. Rexnord Industries, LLC*, Case No. 22-cv-29, ECF No. 34 (E.D. Wis. Mar. 14, 2023) (Ludwig, J.); *Malone v. Interflex Acquisition Company,* Case No. 22-cv-99, ECF No. 42 (E.D. Wis. Feb. 21, 2023); *Davis, et al. v. Eden Senior Care LLC, et al.,* Case No. 21-cv-823, ECF No. 31 (E.D. Wis. Jan. 31, 2023) (Stadtmueller, J.).

**WHEREFORE**, Plaintiff respectfully requests that this Court grant his Motion for Approval of Service Award in the amount of $5,000.00 as set forth herein.

Dated this 20th day of January, 2025

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

s/ **Scott S. Luzi**
Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: sluzi@walcheskeluzi.com