UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

GEORGE BOERSCHINGER,
on behalf of himself and
all others similarly situated,

        Plaintiff,                             Case No. 23-CV-1365

        v.

SELLARS ABSORBENT MATERIALS, INC.

        Defendant.

---

## ORDER GRANTING FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

---

Having considered the parties' Joint Motion for Final Approval of Collective and Class Action Settlement, as well as Named Plaintiff's Motion for Approval of Service Award and Motion for Approval of Attorneys' Fees and Costs, as well as the documents filed in support thereof, and having held a Fairness Hearing regarding the same on January 27, 2025,

**IT IS HEREBY ORDERED THAT:**

1.      The Settlement Agreement (ECF No. 28) is **APPROVED** as a fair, reasonable, and adequate resolution of a *bona fide* dispute pursuant to Fed. R. Civ. P. 23(e) and the Fair Labor Standards Act of 1938, as amended ("FLSA");

2.      The Settlement Agreement is binding on Named Plaintiff, Defendant, and all members of the Settlement Class;

3.      Named Plaintiff's released claims and those of all Settlement Class members are hereby **DISMISSED** with prejudice;

4.    The FLSA claims of all putative FLSA Collective members who did not affirmatively consent to join the FLSA collective, including all participating WWPCL Class members who did not consent to join the FLSA Collective, are hereby **DISMISSED** without prejudice;

5.    Named Plaintiff's Motion for Approval of Service Award is **GRANTED** and a Service Award to Named Plaintiff in the amount of $5,000 is hereby **APPROVED**;

6.    Named Plaintiff's Motion for Approval of Attorneys' Fees and Costs is **GRANTED**, and an award of attorneys' fees and costs to Class counsel in the total amount of $42,500 is hereby **APPROVED**; and

7.    This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

Dated at Milwaukee, Wisconsin this 27th day of January, 2025.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge